# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

**CRYSTAL BUTLER, by next friend**                                      **PLAINTIFF**
**DEBRA BUTLER**

VS.                       **Case No. 04-CV-1075**

**THE CITY OF EL DORADO, et al.**                                        **DEFENDANTS**

## ORDER

It appearing that proceedings in the above matter as against Separate Defendants James Bishop and Eric Clark have been stayed pending the disposition of bankruptcy proceedings which may become dispositive of the litigation here pending;

**IT IS ORDERED** that an administrative termination of the case be entered as to Separate Defendants James Bishop and Eric Clark, without prejudice to the right of the parties to reopen the proceeding for good cause shown for entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. This case shall proceed as against Separate Defendants the City of El Dorado and the El Dorado School District # 15, Union County Arkansas.

**IT IS SO ORDERED** this 1st day of November, 2005.

                                                /s/ Harry F. Barnes
                                                    Hon. Harry F. Barnes
                                                    U.S. District Judge