IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CRYSTAL BUTLER, by next friend　　　　　　　　　　　　　　　　　　PLAINTIFF
DEBRA BUTLER

VS.　　　　　　　　　　　　CASE NO. 04-CV-1075

CITY of EL DORADO,
EL DORADO SCHOOL DISTRICT NO. 15,
JAMES BISHOP and ERIC CLARK　　　　　　　　　　　　　　　　　DEFENDANTS

**ORDER**

Before the Court is Separate Defendant El Dorado School District No. 15's Renewed Motion for Summary Judgment. (Doc. 69). Plaintiff has responded. (Doc. 81). Separate Defendant El Dorado School District has replied to Plaintiffs' response. (Doc. 85). For reasons discussed in the Memorandum Opinion of even date, the Court finds the motion should be and hereby is **GRANTED**. The Court finds Plaintiff Crystal Butler's claims against Separate Defendant El Dorado School District No. 15 should be and hereby are **DISMISSED** with prejudice.

**IT IS SO ORDERED**, this 11th day of September, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　／s/Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　Hon. Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge