IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CRYSTAL BUTLER, by next friend                                          PLAINTIFF
DEBRA BUTLER

VS.                         CASE NO. 04-CV-1075

CITY of EL DORADO,
EL DORADO SCHOOL DISTRICT NO. 15,
JAMES BISHOP and ERIC CLARK                                            DEFENDANTS

## AMENDED AND SUBSTITUTED ORDER

Before the Court is Separate Defendant El Dorado School District No. 15's Renewed Motion for Summary Judgment. (Doc. 69). Plaintiff has responded. (Doc. 81). Separate Defendant El Dorado School District has replied to Plaintiffs' response. (Doc. 85). For reasons discussed in the Memorandum Opinion of September 11, 2006 (Doc. 88), the Court finds the motion should be and hereby is **GRANTED**. The Court finds Plaintiff Crystal Butler's claims against Separate Defendant El Dorado School District No. 15 should be and hereby are **DISMISSED** with prejudice.

Further, the Court is satisfied that no just reason for delay of entry of this judgment. This certification is made pursuant to Fed. R. Civ. P. 54(b), for the express purpose of allowing Plaintiff to take an appeal at this time. Delay of an opportunity to appeal would cause hardship to Plaintiff in terms of resolution of this case and additional costs required by a separate trial. Plaintiff's time to file notice of appeal shall run from the date of entry of this Amended and Substituted Order. Plaintiffs claims against Separate Defendants City of El Dorado, James Bishop and Eric Clark should be and hereby are **HELD IN ABEYANCE** during the pendency of Plaintiff's appeal.

**IT IS SO ORDERED**, this 2nd day of October, 2006.

                                                           /s/Harry F. Barnes
                                                          Hon. Harry F. Barnes
                                                          United States District Judge